UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NEIDY STEPHANIE AGUILAR GUERRA, <br><br> Petitioner, <br><br> v. <br><br> KEVIN JOYCE, et al., <br><br> Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 2:25-cv-00534-SDN<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on October 24, 2025, and the subsequent status report filed by Respondents on November 26, 2025;

JUDGMENT is hereby entered for the Petitioner, Neidy Stephanie Aguilar Guerra and against the Respondents.

ERIC M. STORMS
ACTING CLERK

Dated: November 26, 2025    By:    /s/ Meghan York
                                   Deputy Clerk